UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Bianca Webber,

Plaintiff,

v.

Lee Ann Bennett et al.,

Defendants.

CASE NO. 2:26-cv-02751-JHC

ORDER

This matter comes before the Court sua sponte. Plaintiff filed a proposed complaint on July 30, 2026. Dkt. 1. On August 4, 2026, the Court sent notice of filing deficiency to Plaintiff. Dkt. 2. The notice identified two filing deficiencies—Incorrect IFP Submitted and Civil Cover Sheet Omitted—and informed Plaintiff that the deficiencies must be corrected by September 3, 2026. *Id.* Plaintiff has not corrected these deficiencies. *See generally* Dkt. Thus, this case is DISMISSED without prejudice.

Dated this 23rd day of November, 2026.

John H. Chun
United States District Judge